104

**Paul M. HEWITT, Appellant, v. UNITED STATES of America.**

No. 13483.

Circuit Court of Appeals, Eighth Circuit.

Jan. 6, 1947.

Paul M. Hewitt, pro se.

PER CURIAM.

Motion of appellant to prosecute appeal in forma pauperis from order of the District Court denying motion to vacate and correct sentence, denied.

**Giles KAVANAGH, Collector of Internal Revenue, Appellant, v. J. H. NOBLE, Appellee.**

No. 10331.

Circuit Court of Appeals, Sixth Circuit.

Feb. 11, 1947.

Writ of Certiorari Granted June 2, 1947.

See 67 S.Ct. 1514.

John C. Lehr and Morris Zwerdling, both of Detroit, Mich., and Douglas W. McGregor and Sewall Key, both of Washington, D. C., for appellant.

E. M. Baynes and W. H. Harris, both of West Palm Beach, Fla., and Julius L. Berns, of Detroit, Mich., for appellee.

Before SIMONS, MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This appeal has been considered on the record and on the oral arguments and printed briefs of attorneys for the appellant and for the appellee, respectively; and it appearing that reversal of the judgment below would necessitate overruling the previous decision of this court in United States v. The Lederer Terminal Warehouse Co., 6 Cir., 139 F.2d 679, and no valid reason being presented for overruling that decision, the judgment of the district court, 66 F.Supp. 258, is affirmed.

**Howard T. JENSEN v. UNITED STATES of America.**

No. 3461.

Circuit Court of Appeals, Tenth Circuit.

Feb. 10, 1947.

Writ of Certiorari Denied June 16, 1947.

See 67 S.Ct. 1729.

No appearance for appellant.

Dan B. Shields, U. S. Atty., and O. K. Clay and Scott Matheson, Asst. U. S. Attys., all of Salt Lake City, Utah, for appellee.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee, for failure of appellant to take appeal in time provided by rule 37 of the Rules of Criminal Procedure, 18 U.S.C.A. following section 687.